UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN LYONS
_____

_____
Write the full name of each plaintiff.


-against-

NBCUNIVERSAL MEDIA, LLC
_____

_____

_____

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes     ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _SEAN LYONS_____ , is a citizen of the State of
      (Plaintiff's name)

ARIZONA_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, NBCUNIVERSAL MEDIA, LLC, is a citizen of the State of
(Defendant's name)

NEW YORK

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, NBCUNIVERSAL MEDIA, LLC, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) DELAWARE

and has its principal place of business in NEW YORK .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Sean | M | Lyons |
|------|---|-------|
| First Name | Middle Initial | Last Name |

PO Box 25893
Street Address

| Scottsdale | AZ | 85255 |
|-----------|-----|-------|
| County, City | State | Zip Code |

| 714-430-0367 | SeanLyons144@outlook.com |
|--------------|--------------------------|
| Telephone Number | Email Address (if available) |

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:      NBCUNIVERSAL MEDIA, LLC
_____
                  First Name                  Last Name

_____
                  Current Job Title (or other identifying information)
                  30 ROCKEFELLER PLAZA
_____
                  Current Work Address (or other address where defendant may be served)
                  NEW YORK                    NY                    10112
_____
                  County, City                State                 Zip Code

Defendant 2:
_____
                  First Name                  Last Name

_____
                  Current Job Title (or other identifying information)

_____
                  Current Work Address (or other address where defendant may be served)

_____
                  County, City                State                 Zip Code

Defendant 3:
_____
                  First Name                  Last Name

_____
                  Current Job Title (or other identifying information)

_____
                  Current Work Address (or other address where defendant may be served)

_____
                  County, City                State                 Zip Code

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:    NEW YORK CITY, NY

Date(s) of occurrence:    As of January 24, 2026

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defendant knowingly used stolen creative material, that holds common copyrights at this

time, when the materials were created by the Plaintiff. Plaintiff believes, based on information and belief that Defendant used Plaintiff's material to pass along to various

show's writers that it airs on its networks, including Peacock and its television stations,

to write shows copying Plaintiff's legally protected works. The manner in which was not through any contract between Defendant and Plaintiff, but yet Defendant was able to

obtain the materials to recreate and use on a regular basis by the Defendant. Plaintiff

believes the manner in which the materials were stolen to create multimedia shows as well as musical works that the Defendant believed it could not be proven because of the

manner in which it is done. Which is by invasion of the Plaintiff's privacy by the Defendant. The Defendant invades Plaintiff's privacy by eavesdropping and other means

to capture his thoughts and creativeness from his writings before they can be published

by anyone else so that Defendant can recreate the works without working or compensating the Plaintiff. Defendant has gone as far to attack Plaintiff of his works

to claim that Defendant was the original creator, because of the size and resources of

the Defendant, Plaintiff could not release fast enough, with the amount of live and daily shows that Defendant produces and airs on its network, Plaintiff is unable to defend

against the perceived honesty of the Defendant it's their original works. Plaintiff has

been banned at times using DMCA to argue that Defendant used copied materials and which Defendant vigorously defended in the public that it was their original works yet it

was actually taken from the thoughts and writings of the Plaintiff. Plaintiff has been

harmed to an amount that if paid for and if Plaintiff received proper compensation in the amount of approximately $30,000,000.00. Damages could be greater because if Plaintiff

was given proper credit and title to the works, to receive proper compensation.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff requests that the court issue a judgment in the amount of $30,000,000.00 as well as any further monetary damages that are discovered during the course of this action. In addition to the base amount, Plaintiff requests treble damages that would be in the amount of $90,000,000.00. Punitive damages are also requested by the Plaintiff. The amounts are based upon a fraction of the amount paid for the works to others that did not include the Plaintiff as it should have, and it is shocking that the Defendant would pay others to copy the works and not pay for the root of the creation, the Plaintiff. This goes for many of the works that air on the Defendant's networks and streaming platforms. It is inconceivable the amount of works that are copied from the Plaintiff by the Defendant.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 02/07/2026 | | *Sean Lyons* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Sean | M | Lyons |
| First Name | Middle Initial | Last Name |
| PO BOX 25893 | | |
| Street Address | | |
| SCOTTSDALE | AZ | 85255 |
| County, City | State | Zip Code |
| 714-430-0367 | | SeanLyons144@outlook.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.